[Cite as *State ex rel. Anderson v. Culotta*, 2019-Ohio-1501.]

# IN THE COURT OF APPEALS

# ELEVENTH APPELLATE DISTRICT

# LAKE COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO ex rel. HERBERT ANDERSON, | : | **PER CURIAM OPINION** |
| | : | |
| Relator, | : | **CASE NO. 2018-L-128** |
| | : | |
| - vs - | : | |
| VINCENT A. CULOTTA, JUDGE, | : | |
| Respondent. | : | |
| | : | |

Original Action for Writ of Procedendo.

Judgment: Petition dismissed.

*Herbert Anderson,* pro se, PID: A572-384, Richland Correctional Institution, P.O. Box 8107, 1001 Olivesburg Road, Mansfield, OH 44905 (Relator).

*Charles E. Coulson,* Lake County Prosecutor, and *Michael DeLeone,* Assistant Prosecutor, Lake County Administration Building, 105 Main Street, P.O. Box 490, Painesville, OH 44077 (For Respondent).

PER CURIAM.

{¶1} Relator, Herbert Anderson, has filed a petition for writ of procedendo against respondent, Judge Vincent A. Culotta. Relator claims he is entitled to the writ due to respondent's failure to rule on his "motion to vacate void judgment" in Case No. 09CR000410, filed on June 18, 2018. A review of the docket in Case No. 09CR000410 reveals the trial court ruled on relator's motion on November 30, 2018. Relator's

petition is therefore dismissed as moot. *See e.g. Davis v. Burt*, 11th Dist. Geauga No. 2011-G-3009, 2011-Ohio-5340, ¶4.

THOMAS R. WRIGHT, P.J., CYNTHIA WESTCOTT RICE, J., MARY JANE TRAPP, J., concur.